Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David R. Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff
ONCH MOVEMENT, LLC.

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONCH MOVEMENT, LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HOT TOPIC, INC., a California Corporation; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. CV12-5896 JGB (SHx)<br>*The Honorable Jesus G. Bernal Presiding*<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE COMPLAINT PURSUANT TO FED.R.CIV. P. 41(a)(1).** |

[PROPOSED] ORDER:

　　For good cause appearing, the following is hereby ORDERED:

　　1.　　This Complaint is to be dismissed with prejudice.

　　2.　　Hot Topic, Inc., and Onch Movement, LLC will bear their own costs and attorneys' fees as incurred against one another.

1  3.     This Court will retain jurisdiction over this matter for purposes of
2         enforcing the terms of the settlement agreement precipitating this
3         dismissal
4  IT IS SO ORDERED.

6  Dated: FEBRUARY 8, 2013         By:_____
7                                          HONORABLE JESUS G. BERNAL
8                                          U.S. DISTRICT COURT JUDGE